RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for William Henry Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM HENRY WILLIAMS,

Defendant.

Case No. 2:23-cr-00235-GMN-NJK

**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for William Henry Williams, that the Change of Plea Hearing currently scheduled on July 9, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. The continued change of plea is currently set for July 9, 2024 at 11:00am. Due to the extended 4th of July holiday weekend, defense counsel was not able to meet with Mr. Williams in time for the schedule hearing. Defense counsel would like additional time to discuss the plea agreement with Mr. Williams.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 8th day of July, 2024.

RENE L. VALLADARES
Federal Public Defender

By _/s/ Aden Kahssai_
ADEN KAHSSAI
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

By _/s/ Edward D. Penetar_
EDWARD D. PENETAR
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM HENRY WILLIAMS,

Defendant.

Case No. 2:23-cr-00235-GMN-NJK

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Change of Plea Hearing currently scheduled on July 9, 2024 at the hour of 11:00 a.m., be vacated and continued to July 30, 2024 at the hour of 9:00 a.m.

DATED this 8 day of July, 2024.

UNITED STATES DISTRICT JUDGE