JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD D. PENETAR
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
edward.penetar@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM HENRY WILLIAMS,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00235-GMN-NJK<br><br>**Stipulation to Continue Change of Plea Hearing**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Aden Kahssai, counsel for Defendant William Henry Williams, that the Change of Plea Hearing currently scheduled for July 30, 2024 at 9:00 a.m., be vacated and set to a date and time convenient to this Honorable Court, but no earlier than seven (7) days. The Stipulation is entered into for the following reasons:

　　　　1.　　Government counsel is unavailable for the currently scheduled Change of Plea Hearing date.

2. The parties agree to continue the currently scheduled Change of Plea Hearing from July 30, 2024 to a date convenient to the Court, but no sooner than seven (7) days from the current setting.

3. Defendant is not presently in custody. He will not be unduly prejudiced by the brief delay requested herein. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the continuity of counsel for the Change of Plea proceeding.

5. This is the second stipulation to continue the Change of Plea Hearing date filed herein.

Dated: July 16, 2024.

Respectfully Submitted,

JASON M. FRIERSON
United States Attorney

By:  /s/ Edward D. Penetar
EDWARD D. PENETAR
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA


  /s/ Aden Kahssai
ADEN KAHSSAI
Counsel for Defendant
WILLIAM HENRY WILLIAMS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HENRY WILLIAMS,<br><br>Defendant. | Case No. 2:23-cr-00235-GMN-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Change of Plea Hearing currently scheduled for July 30, 2024, at the hour of 9:00 a.m., be vacated and continued to  August 19 , 2024, at the hour of 10:00 a.m.

DATED this  16  day of July, 2024.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE